NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――――

**ADAM M. BOYLE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

―――――――――――――

2013-5032

―――――――――――――

Appeal from the United States Court of Federal Claims in case no. 10-CV-0853, Judge Christine O.C. Miller.

―――――――――――――

**ON MOTION**

―――――――――――――

**O R D E R**

Upon consideration of Adam Boyle's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

ADAM BOYLE V. US                                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS MANDATE: April 10, 2013